3

FEAR WADDELL, P.C.
Peter L. Fear, No. 207238
pfear@fearlaw.com
Gabriel J. Waddell, No. 256289
gwaddell@fearlaw.com
Peter A. Sauer, No. 255957
psauer@fearlaw.com
7650 North Palm Avenue, Suite 101
Fresno, California 93711
(559) 436-6575
(559) 436-6580 (fax)

Attorney for STEPHEN WILLIAM SLOAN,
 Reorganized Debtor

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| In re: | Case No. 22-11226-A-11 |
|---|---|
| ALVARENGA TRANSPORT LLC, | Chapter 11 |
|  | D.C. No. FW-13 |
| Debtor and Debtor-in-Possession. | Date: May 10, 2023<br>Time: 9:30 a.m.<br>Place: Dept. A, Courtroom 11, 5th Floor<br>　　　United States Courthouse<br>　　　2500 Tulare St., Fresno, California<br>Judge: Hon. Jennifer E. Niemann |

**OBJECTION TO CLAIM NUMBER 10 OF ALFREDO MILLAN ZUNIGA
DATED 9/1/2022 FOR $3,000,000.00**

ALVARENGA TRANSPORT LLC, Debtor and Debtor-in-Possession herein ("Debtor"), hereby objects to Claim Number 10 filed by Alfredo Millan Zuniga ("Claimant"), filed on September 1, 2022, in the amount of $3,000,000.00. Debtor requests that the Court disallow the Claim in its entirety or alternatively to obtain court determination of the appropriate amount of the claim. This Objection is based on the Notice filed herewith and the following points and authorities:

OBJECTION TO ALLOWANCE OF CLAIM NO. 9 - 1

1. This Court has jurisdiction over this proceeding pursuant to 28 U.S.C. § 1334 and 157(b)(2)(B). This is a core proceeding.

2. Debtor filed a Voluntary Petition under Chapter 11 of the Bankruptcy Code on July 18, 2022.

3. Pre-petition, on or about August 3, 2020, Claimant filed a lawsuit in the Superior Court of Stanislaus County, California, stemming from a claim involving motor vehicle negligence and negligent infliction of emotional distress. The case is docketed as case no. CV-20-003276. A copy of the complaint was filed along with the Claimant's proof of Claim, which also names as defendants Jose L. Alvarenga, Nelson Ivan Ruiz Orellana, Jorge Luis Graciano, Olivia Ramirez and Does 1 – 110 is attached. *See* Exhibit "A."

4. Claimant was the relative of passengers of a vehicle driven by another party, which party negligently operated that vehicle and caused the injuries alleged. Debtor denies all allegations against it further denies any liability to Claimant.

5. Debtor believes its liability, if any, is much less than the Claim, and that it is in the best interests of all creditors of the estate to litigate the claim objection so that other creditors will be more likely to be paid a larger share of a distribution to claimants.

6. By filing a proof of claim in this bankruptcy case, Claimant has submitted to the jurisdiction of this court.

7. Included herewith as Exhibit "B" is a true and correct copy of the Answer filed by Debtor in the state court matter, which states Debtor's position with regard to the allegations made in the Claimant's Complaint.

WHEREFORE, Debtor prays that this Court disallow Claimant's Claim.

Date:  March 14, 2022                    FEAR WADDELL, P.C.
                                      By:  /s/ Peter A. Sauer
                                           Peter A. Sauer, for the Debtor