Carlo A. Rolando (Bar No. 270450)
The Law Office of Carlo A. Rolando
1225 Alpine Road, Ste. 201
Walnut Creek, CA 94596
Tel: (510) 921-8508
Fax: (925) 942-0615
carlo@rolandolaw.com

Attorney for Creditors ALFREDO MILLAN
ZUNIGA and BRENDA MILLAN

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

In re the Bankruptcy of

ALVARENGA TRANSPORT, LLC

Debtor.

Case No. 22-11226-A-11

Chapter 11

DCN: FW-13

Date: May 10, 2023
Time: 9:30 A.M.
Place: Dept. A, Courtroom 11, 5th Floor
   United States Courthouse
   2500 Tulare St., Fresno, CA
Judge: The Honorable Jennifer E. Niemann

**OPPOSITION TO OBJECTION TO CLAIM NUMBER 10**

**OF ALFREDO MILLAN ZUNIGA DATED 9/1/2022 FOR $3,000,000.00**

Alfredo Millan ("Claimant") hereby requests that the Court overrule and dismiss Alvarenga Transport LLC's ("Debtor") objection to Claim Number 10. In particular, the Debtor cites no facts or legal authority in support of its request to "disallow the Claim in its entirety or [to] alternately [] obtain court determination of the appropriate amount of the claim." (See, Obj. at p. 1.) Rather than cite facts or authority, the Debtor merely notes the existence of the civil suit and states that it "believes its liability, if any, is much less than the Claim." (*Id*. at p. 2, ¶ 5.) Such unsupported objections to a claim in bankruptcy proceedings should be overruled and dismissed.

Opposition To Objection To Claim Number 10

Rule 3001(f) provides that "[a] proof of claim executed and filed in accordance with these rules shall constitute prima facie evidence of the validity and amount of the claim." (Fed. R. Bankr.P.3001(f).) The rules do not require, however, that a claimant file *evidence* along with the proof of claim in order to attain *prima facie* effect. (Garner, 246 B.R. at 621.) The same is not true for a debtor's objection to such a claim.

A claim objection must dispute the liability or amount of the claim, and the objector bears the initial burden of rebutting the presumption of claim validity with sufficient evidence showing facts that tend to defeat the claim. (*In re Premier Golf Properties, LP*, 564 B.R. 660 (Bankr. S.D. Cal. May 27, 2016). In turn, the evidence supporting the objection must be *admissible evidence* for the presumption of claim validity to be defeated and for the burden of proof to switch back to the claimant. (In re *Garner,* Bankr. 9th Cir. March 22, 2000).

As Debtor's objection provides no legal or evidentiary basis to overcome the validity and amount of the Claim, this Court should overrule and dismiss the objection.

Claimant notes that he has no objection to the bankruptcy Court determining material factual issues, including the value of the claim, and is willing to submit to a bench trial on the matter.

Dated: April 26, 2023

                                               Carlo A. Rolando
                                               Attorney for Creditor ALFREDO MILLAN ZUNIGA

Opposition To Objection To Claim Number 10

# PROOF OF SERVICE

1. I am the Attorney of record in this action, over the age of 18, and my office is located in the County where service occurred.

2. My business address is: THE LAW OFFICE OF CARLO A. ROLANDO, 1225 Alpine Road, Ste. 201, Walnut Creek, CA 94596.

3. I served a true and correct copy of OPPOSITION TO OBJECTION TO CLAIM NUMBER 10 OF ALFREDO MILLAN ZUNIGA DATED 9/1/2022 FOR $3,000,000.00 by depositing in the mail, with postage fully paid, and addressed to:

FEAR WADDEL, P.C.
Peter L. Fear, Esq.
7650 North Palm Avenue, Suite 101
Fresno, CA 93711

James H. Wilkins, Esq.
Wilkins, Drolshagen & Czeshinski LLP
6785 N. Willow Avenue
Fresno, CA 93710

I declare under penalty of perjury that the foregoing is true and correct. Executed April 26th 1, 2023 at Walnut Creek, CA.

_____
Carlo A. Rolando
Attorney for Creditor ALFREDO MILLAN ZUNIGA

Opposition To Objection To Claim Number 10

3